# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**RICHARD MAESTAS,**

    Petitioner,

v.                                                                                              No. 18-cv-1131 RB/SMV

**RICARDO MARTINEZ,**

    Respondent.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

THIS MATTER having come before the Court on the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2], filed by Petitioner, Richard Maestas, and the Court being fully advised;

**IT IS ORDERED** that Petitioner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2] is **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**